167 So. 918

## Ex parte BURGER–PHILLIPS CO.
### 6 Div. 949.

Court of Appeals of Alabama.
Dec. 17, 1935.

Rehearing Denied Jan. 14, 1936.

London, Yancey, Smith & Windham, of Birmingham, for petitioner.

PER CURIAM.
Writs denied.

167 So. 918

## Oscar BURNS v. CITY OF HUNTSVILLE.
### 8 Div. 237.

Court of Appeals of Alabama.
March 17, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 918

## Oscar BURNS v. CITY OF HUNTSVILLE.
### 8 Div. 238.

Court of Appeals of Alabama.
March 3, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 914

## Effie BURNS v. STATE.
### 4 Div. 190.

Court of Appeals of Alabama.

Nov. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 914

## E. J. BURNS v. STATE.
### 6 Div. 810.

Court of Appeals of Alabama.
Jan. 14, 1936.

RICE, Judge.
Appeal dismissed.

173 So. 917

## Hamilton BURNS v. STATE.
### 7 Div. 237.

Court of Appeals of Alabama.
Jan. 19, 1937.

Chas. F. Douglass, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.